IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMAL K. ROY,

      Plaintiff,                            No. CIV S-12-0647 DAD P

    vs.

UNKNOWN,

      Defendants.                  <u>ORDER</u>

_____/

        Plaintiff, a pro se litigant residing in Saranac Lake, New York, has filed a 71-page disorganized and unclear document upon which the Clerk of the Court has, out an abundance of caution, opened this civil action. The court cannot tell from the document filed by plaintiff what it is he is attempting to complain about or what relief he seeks from the court. Plaintiff has also filed an incomplete application requesting leave to proceed in forma pauperis.

        In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file a complete application requesting leave to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. The court will provide plaintiff with an opportunity to file his complaint and to submit a complete application requesting leave to proceed in forma pauperis.

1

1 In accordance with the above, IT IS HEREBY ORDERED that:

2     1. Plaintiff is granted thirty days from the date of service of this order to file a complaint on the form provided by the Clerk of Court that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case. Plaintiff shall also submit, within thirty days from the date of this order, a complete application to proceed in forma pauperis on the form provided by the Clerk of Court. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

    2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action and the application to proceed in forma pauperis by a non-prisoner.

DATED: March 29, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
roy0647.nocompl

2